THE McDANIEL LAW FIRM, P.C.
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 (fax)
Attorneys for Defendants S&H Carpets, Inc. and Ori Wilbush

| | |
|---|---|
| RENAISSANCE CARPET AND TAPESTRIES, INC.,<br><br>Plaintiff<br><br>v.<br><br>S&H RUGS, INC. and ORI WILBUSH,<br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 09-cv-00632-SRC-MAS<br><br>DEFENDANTS LOCAL RULE 7.1 CERTIFICATION |

Defendant S&H Rugs, Inc. is a nongovernmental corporate party to this action. There is no parent corporation to this party. There is no publicly held corporation owning 10% or more of this party's stock.

Dated: September 29, 2009

THE McDANIEL LAW FIRM, PC

   /s/ Jay R. McDaniel
By: _____
    Jay R. McDaniel (JM 9687)
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 (fax)