# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

Ronald W. Meister
Direct (212) 790-9255
rwm@cll.com

February 3, 2010

**VIA E-FILING and FAX 973-645-4412**

Hon. Michael A. Shipp, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    <u>Renaissance Carpet and Tapestries, Inc. v. S&H Rugs, Inc. et ano.
           Civil Action No. 09-632-SRC-MAS</u>

Dear Judge Shipp:

      This firm represents the plaintiff in the above-entitled action, which is scheduled for a settlement conference before Your Honor at 3:00 P.M. on February 26. I write to request an adjournment of that conference because of a scheduling conflict that has arisen since the date was set.

      I have been asked to attend the annual meeting of the Board of Directors of the National Institute of Military Justice, on which I serve, beginning on the afternoon of February 26, in Washington, D.C. To permit me to do so, I respectfully request that our conference be adjourned, if the Court's schedule permits, either to the following Friday, March 5, on which date defendants' counsel informs me he his available, or to any day during the week of March 8.

      I appreciate the Court's consideration of this request. I will attend at the original time if no alternative date is available.

                                                Respectfully submitted,

                                              Ronald W. Meister

cc:    Jay R. McDaniel, Esq.
         Attorney for Defendants – via fax 201-845-3777

28616/002/1154086.1