UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **Renaissance Carpet and Tapestries, Inc.,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 09-632 (SRC)(MAS) |
| **S&H Rugs, Inc,** | : | ORDER |
| Defendant. | : | |

**THIS MATTER** having come before the Court for a telephone status conference on June 21, 2010; and for good cause shown,

**IT IS** on this **21ˢᵗ** day of **June, 2010**,

**ORDERED THAT:**

1. Parties shall jointly submit to this Court a matrix listing all fact witnesses to be deposed and the dates, times, and locations of these depositions by **June 25, 2010.**

2. Defendant shall grant Plaintiff access to all available rug designs in dispute by **July 2, 2010.**

3. All depositions shall be taken by **August 2, 2010.**

4. Fact discovery shall close on **August 30, 2010.** This Court grants both parties leave to file motions to compel document production if necessary.

5. Affirmative expert reports must be served by **September 30, 2010.**

6. Responsive expert reports must be served by **November 1, 2010.**

7. Expert depositions must be completed by **December 1, 2010.**

8. **FAILURE BY EITHER PARTY TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

s/ Michael A. Shipp
**HONORABLE MICHAEL A. SHIPP**
**United States Magistrate Judge**