# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

Clarence J. Erickson
Direct (212) 790-9274
cje@cll.com

June 29, 2010

**Filed Electronically**

ECF Clerk
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Renaissance Carpet and Tapestries, Inc. v. S&H Rugs, Inc. et ano.
    <u>Civil Action No. 09 -CV- 00632 (SRC-MAS)</u>

To Whom It May Concern:

    I had filed a letter via ECF to Judge Shipp on June 25, 2010. The letter is docket entry 33. The letter's access was restricted in error and should not be marked confidential. Please unseal the document. Thank you very much.

    Very respectfully,

    Clarence J. Erickson
    Attorney for Plaintiff

1179931.1