# The McDaniel Law Firm, PC

54 Main Street
Hackensack, NJ 07601
(201) 845-3232
(201) 845-3777 fax

www.mcdlawpc.com

Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10118
(212) 514-8080
(212) 514-8282 fax

ALAN M. FRIEDMAN
ADMITTED TO PRACTICE IN
NEW JERSEY & NEW YORK
AMRIEDMAN@MCDLAWPC.COM

PLEASE REPLY TO THE
NEW JERSEY OFFICE

VIA ECF

August 17, 2010

Hon. Michael A. Shipp, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: Renaissance Carpet and Tapestries, Inc. v. S&H Rugs, et ano.
     Civil Action No. 09 -CV- 00632 (SRC-MAS)

Dear Judge Shipp:

  Yesterday, in my haste to file before the end of the day, I inadvertently signed and e-filed the draft of this letter. Please accept this corrected and edited copy in its stead.

  I have received Ronald W. Meister's August 16, 2010 letter to the Court regarding the proposed schedule of Ori Wilbush's deposition in the above-referenced matter. Mr. Wilbush did inform us this morning that a vitally important trade show would prevent his appearance at a deposition on the morning of August 19, 2010. The confusion around this matter arose when my young associate became very ill last week, and missed the last three days of work. I believe that I failed to understand

Hon. Michael A. Shipp, U.S.M.J.

August 16, 2010
Page 2

that Mr. Wilbush had a business affair of such importance, and I have apologized, rather profusely, to Ronald W. Meister. Similarly, I apologize to this Court

That said, I am uncertain as to the reason behind Mr. Meister's decision to involve the Court. Until mid afternoon of this date I believed that we had settled the matter, by agreeing to request that the Court order a deposition to be held on a date certain in September, upon which the parties had already agreed. In furtherance of that amicable resolution, this morning Mr. Meister sent me several e-mails, including the following:

**From:** Meister, Ronald [mailto:RWM@cll.com]
**Sent:** Monday, August 16, 2010 11:48 AM
**To:** 'Alan M. Friedman'
**Subject:** RE: Renaissance v. S&H Rugs

Please see my proposed letter to Magistrate Judge Shipp, sent to you a few moments ago. I believe Mr. Wilbush's decision is unsustainable, but as you see, I propose as an alternative a court-ordered date of September 14 or 15. If that is acceptable, you might just say so, and we not get into other issues. Please draft your piece so we get it out to the Court by early afternoon.

I immediately responded that the proposal for a Court ordered deposition on either of those dates was acceptable, and that I would confirm the dates with Mr. Wilbush so that there would be no further confusion. Shortly thereafter I notified Mr. Meister that I had reached Mr. Wilbush and ascertained from him that the dates in September were acceptable. Therefore, I feel that, in response to Mr. Meister's proposal: I said it was acceptable, I confirmed the date, and we still got into other issues.

I ask the court's indulgence as to the proposed September dates. They are the product of a long-planned vacation with my grandchildren to occur between August 20, 2010 and August 31, 2010. This vacation was first planned in 2008. I have been unable to enjoy this vacation with them for the past 2 summers due to my illnesses and hospitalizations. Moreover, Mr. Meister has told me that he also has vacation plans for two weeks commencing August 23, 2010.

Hon. Michael A. Shipp, U.S. M.J.

August 16, 2010
Page 3

      Mr. Meister and I have certainly had our differences in this matter, as well as many friendly and humorous exchanges. I believe that he "jumped the gun" in sending the Court a letter in which he sought to assign blame. I further believe that in view of our mutual vacation plans, and the Jewish High Holy Days in early September, we arrived at an appropriate solution to the problem, i.e., the Court Ordered deposition for September 14 or 15, 2010. Therefore, I ask the Court to ratify our compromise solution, and to order the deposition.

                                  Respectfully,

                                  Alan M. Friedman

cc: Ronald W. Meister (by email rwm@cll.com)