McDANIEL LAW FIRM, PC
54 Main Street
Hackensack, New Jersey 07601
Phone:  (201) 845-3232
Fax:      (201) 845-3777
*Attorneys for Defendants S&H Carpets, Inc. and Ori Wilbush*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RENAISSANCE CARPET AND TAPESTRIES, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**S&H RUGS, INC. and ORI WILBUSH,**<br><br>Defendants. | **Civil Action No.:**<br>**09-cv-00632-SRC-MAS**<br><br>**NOTICE OF APPEARANCE** |

#### NOTICE OF APPEARANCE

Please note that Anthony R. Curro is making an appearance for Defendants S&H Rugs, Inc. and Ori Wilbush in this matter.

Dated:      November 4, 2010
            Hackensack, New Jersey

                                                     *[signature: Anthony R. Curro]*
                                          By: _____
                                                 Anthony R. Curro
                                                 McDANIEL LAW FIRM, PC

                                          54  Main Street
                                          Hackensack, New Jersey 07601
                                          Phone:  (201) 845-3232
                                          Fax:      (201) 845-3777
                                          E-mail:  arcurro@mcdlawpc.com

McDANIEL LAW FIRM, PC
54 Main Street
Hackensack, New Jersey 07601
Phone:   (201) 845-3232
Fax:        (201) 845-3777
*Attorneys for Defendants S&H Carpets, Inc. and Ori Wilbush*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **RENAISSANCE CARPET AND TAPESTRIES, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**S&H RUGS, INC. and ORI WILBUSH,**<br><br>Defendants. | **Civil Action No.:<br>09-cv-00632-SRC-MAS**<br><br>**CERTIFICATION OF SERVICE** |

### CERTIFICATION OF SERVICE

Anthony R. Curro hereby certifies as follows:

     1.    I am an attorney-at-law admitted to practice before the United States District Court for the District of New Jersey and an associate of the McDaniel Law Firm PC, attorney for Defendants S&H Rugs, Inc. and Ori Wilbush (collectively "Defendants") in the within matter.

     2.    On November 4, 2010 I caused the following document: **NOTICE OF APPEARANCE** to be served by U.S. mail and e-mail on the following counsel:

        Ronald W. Meister (rwm@cll.com)
        **COWAN, LIEBOWITZ & LATMAN, P.C.**
        1133 Avenue of the Americas
        New York, New York 10036
        Telephone:    (212) 790-9200
        Facsimile:     (212) 575-0671

- 3 -

      3.     I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:     November 4, 2010
                Hackensack, New Jersey

By: _____
     Anthony R. Curro
    McDANIEL LAW FIRM, PC

54  Main Street
Hackensack, New Jersey 07601
Phone:  (201) 845-3232
Fax:     (201) 845-3777
E-mail:  arcurro@mcdlawpc.com