UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Renaissance Carpet and Tapestries, Inc.,** | Civil Action No. 09-632 (SRC)(MAS) |
| **Plaintiff,** | |
| v. | ORDER |
| **S&H Rugs, Inc., et al.,** | |
| **Defendants.** | |

**THIS MATTER** having come before the Court for an in-person status conference on November 10, 2010; and for good cause shown,

IT IS on this 11th day of November, 2010,

**ORDERED THAT:**

1. Fact discovery remains closed as to all issues with the exception of those specifically addressed herein.

2. The portion of the deposition transcript wherein Mr. Wilbush invoked his privilege against self incrimination will not be designated as "Highly Confidential."

3. Mr. Wilbush shall be made available for deposition if necessary.

4. Requests for admissions as to similarity will not be permitted at this juncture.

5. A list of rugs which remain in the Defendant's inventory shall be produced by **11/12/10**.

6. Defendant shall produce the email messages at issue by **11/17/10**.

7. Expert depositions shall be completed by **12/1/10**. With regard to expert reports, parties must adhere to the current rules of federal civil procedure as the proposed amendment to the rules will not go into effect until **12/1/10**.

8. An in-person status conference shall be held on **12/1/10** at **2:30 PM**. Counsel shall e-file a joint status letter by **11/24/10**. The joint status letter shall summarize the

status of the case, any discovery related disputes, and each party's position regarding any such disputes.

9. **FAILURE BY EITHER PARTY TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

                                                                    s/ Michael A. Shipp
                                                             **HONORABLE MICHAEL A. SHIPP**
                                                             **United States Magistrate Judge**