McDANIEL LAW FIRM, PC
54 Main Street
Hackensack, New Jersey 07601
Phone:  (201) 845-3232
Fax:     (201) 845-3777
*Attorneys for Defendants S&H Carpets, Inc. and Ori Wilbush*

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RENAISSANCE CARPET AND TAPESTRIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**S&H RUGS, INC. and ORI WILBUSH,**<br><br>Defendants. | **Civil Action No.:**<br>**09-cv-00632-SRC-MAS**<br><br>**NOTICE OF WITHDRAWAL**<br>**OF APPEARANCE** |

#### NOTICE OF WITHDRAWAL OF APPEARANCE

Please note that Anthony R. Curro is withdrawing his appearance for Defendants S&H Carpets, Inc. and Ori Wilbush ("Defendants").  Jay McDaniel will continue representing Defendants in this matter.

- 2 -

Dated:      January 21, 2011
               Hackensack, New Jersey

By: _____
     Anthony R. Curro
  McDANIEL LAW FIRM, PC

54 Main Street
Hackensack, New Jersey 07601
Phone:  (201) 845-3232
Fax:     (201) 845-3777
E-mail:  arcurro@mcdlawpc.com

McDANIEL LAW FIRM, PC
54 Main Street
Hackensack, New Jersey 07601
Phone:   (201) 845-3232
Fax:       (201) 845-3777
*Attorneys for Defendants S&H Carpets, Inc. and Ori Wilbush*

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RENAISSANCE CARPET AND TAPESTRIES, INC.,**<br><br>                  Plaintiff,<br><br>          v.<br><br>**S&H RUGS, INC. and ORI WILBUSH,**<br><br>                  Defendants. | **Civil Action No.:**<br>**09-cv-00632-SRC-MAS**<br><br>**CERTIFICATION OF SERVICE** |

#### CERTIFICATION OF SERVICE

Anthony R. Curro hereby certifies as follows:

     1.    I am an attorney-at-law admitted to practice before the United States District Court for the District of New Jersey and an associate of the McDaniel Law Firm PC, attorney for Defendants S&H Rugs, Inc. and Ori Wilbush (collectively "Defendants") in the within matter.

     2.    On January 21, 2011 I caused the following document: **NOTICE OF WITHDRAWAL OF APPEARANCE** to be served by U.S. mail on the following counsel:

> Ronald W. Meister
> **COWAN, LIEBOWITZ & LATMAN, P.C.**
> 1133 Avenue of the Americas
> New York, New York 10036
> Telephone:      (212) 790-9200
> Facsimile:       (212) 575-0671

3. I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:     January 21, 2011
              Hackensack, New Jersey

By: _____
    Anthony R. Curro
  McDANIEL LAW FIRM, PC

54 Main Street
Hackensack, New Jersey 07601
Phone:  (201) 845-3232
Fax:     (201) 845-3777
E-mail:  arcurro@mcdlawpc.com