# THE MCDANIEL LAW FIRM, PC

54 MAIN STREET
HACKENSACK, NJ 07601
(201) 845-3232
(201) 845-3777 FAX

WWW.MCDLAWPC.COM

EMPIRE STATE BUILDING
350 FIFTH AVENUE, 59TH FLOOR
NEW YORK, NY 10118
(212) 514-8080
(212) 514-8282 FAX

JAY R. MCDANIEL
ADMITTED IN NJ & NY
JRMCDANIEL@MCDLAWPC.COM

PLEASE REPLY TO
NEW JERSEY OFFICE

February 3, 2011

**VIA ECF**

Hon. Stanley R. Chesler, U.S.D.J.
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> RE:  Renaissance Carpet and Tapestries, Inc. v. S&H Rugs, Inc. et al.
> Civil Action No. 09-CV-00632 (SRC-MAS)

Dear Judge Chesler:

We represent Defendants S&H Rugs, Inc. and Ori Wilbush in the above-referenced matter. We have been served with Plaintiff's Motion to Preclude Expert Testimony. Due to my travel schedule, the parties have consented to adjourn this motion to March 7, 2011 and are awaiting confirmation from Judge Shipp. Mr. Meister, counsel for Plaintiff, advises us that he intends to move for summary judgment. We also intend to move for summary judgment.

We believe that a number of the issues implicated in these motions are related and will, therefore, be more efficient if heard together. Please provide the parties with a briefing schedule for these motions. I am happy to participate in a conference call to discuss a schedule, if the Court so wishes. Thank you for your attention to this matter.

Very truly yours,

**Jay R. McDaniel**

CC:  Ronald Meister, Esq. (*via ECF and email*)
Ori Wilbush (*via email*)