Clarence J. Erickson
Ronald W. Meister (*pro hac vice*)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200

Attorneys for Plaintiff Renaissance Carpet and Tapestries, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
------------------------------------------------------------------------- x

| | |
|---|---|
| RENAISSANCE CARPET AND TAPESTRIES, INC., | No. 09-CV-00632-SRC-MAS |
| Plaintiff, | |
| -against- | **NOTICE OF MOTION TO EXCLUDE TESTIMONY OF PETER CASTRIOTA** |
| S&H RUGS, INC., | |
| Defendant. | Motion Date: February 22, 2011 |

------------------------------------------------------------------------- x

     **PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law and Affidavit of Ronald W. Meister, Plaintiff Renaissance Carpet and Tapestries, Inc. will move this Court, pursuant to Rules 702 and 403 of the Federal Rules of Evidence, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999), at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, on February 22, 2011, before the Honorable Stanley R. Chesler, to exclude expert testimony of Peter Castriota.

Dated: New York, New York
       January 28, 2011

                                    COWAN, LIEBOWITZ & LATMAN, P.C.

                                    By: _____
                                          Ronald W. Meister

                                    1133 Avenue of the Americas
                                    New York, New York 10036-6799
                                    (212) 790-9200

                                    Attorneys for Plaintiff