# THE MCDANIEL LAW FIRM, PC

54 MAIN STREET
HACKENSACK, NJ 07601
(201) 845-3232
(201) 845-3777 FAX

WWW.MCDLAWPC.COM

EMPIRE STATE BUILDING
350 FIFTH AVENUE, 59TH FLOOR
NEW YORK, NY 10118
(212) 514-8080
(212) 514-8282 FAX

JAY R. MCDANIEL
ADMITTED IN NJ & NY
JRMCDANIEL@MCDLAWPC.COM

PLEASE REPLY TO
NEW JERSEY OFFICE

February 8, 2011

**VIA ECF**

Hon. Stanley R. Chesler, U.S.D.J.
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    RE:    Renaissance Carpet and Tapestries, Inc. v. S&H Rugs, Inc. et al.
              Civil Action No. 09-CV-00632 (SRC-MAS)

Dear Judge Chesler:

    We represent Defendants S&H Rugs, Inc. and Ori Wilbush in the above-referenced matter. Plaintiff Renaissance Carpet and Tapestries, Inc. has filed a Motion to Preclude Expert Testimony, returnable on February 22, 2011.

    With the consent of Mr. Meister, counsel for Renaissance, we request that this motion be adjourned to March 7, 2011. We have further agreed with Mr. Meister to submit our opposition by February 16, 2011 to allow additional time for him to submit a reply. We previously submitted this adjournment request on February 3, 2011, but mistakenly addressed it to the Hon. Michael A. Shipp, U.S.M.J. Thank you for your attention to this matter.

                            Sincerely,

                            Jay R. McDaniel

CC:    Ronald Meister, Esq. (*via ECF and email*)
         Ori Wilbush (*via email*)