# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

**Ronald W. Meister**
Direct (212) 790-9255
rwm@cll.com

February 16, 2011

**Filed Electronically**

Hon. William T. Walsh
Clerk of the Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    Renaissance Carpet and Tapestries, Inc. v. S&H Rugs, Inc. et ano.
             Civil Action No.09-632 (SRC) (MAS)

Dear Mr. Walsh:

    I am informed that my letter filed this morning in the above-entitled matter (docket #77) was evidently sealed in error. It is not confidential, and any seal should be removed. Thank you for your assistance.

                               Respectfully submitted,

                               Ronald W. Meister
                               Attorney for Plaintiff

cc:    Jay R. McDaniel, Esq.
        Attorney for Defendants (via ECF)

28616/002/1223069.1