**THE MCDANIEL LAW FIRM, P.C.**
54 Main Street
Hackensack, New Jersey 07601
201-845-3232
201-845-3777 (Facsimile)
*Attorneys for Defendants S&H Rugs, Inc.*
*and Ori Wilbush*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENAISSANCE CARPET AND TAPESTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> S&H RUGS, INC. and ORI WILBUSH, <br><br> Defendants. | No. 09-CV-00632-SRC-MAS <br><br><br> **CERTIFICATE OF SERVICE** |

BONNIE C. PARK, Esq., of due age, certifies as follows:

1. I am not a party to the above action.

2. On this date, I caused to be electronically filed the within Brief in Opposition to Plaintiff's Motion to Preclude Testimony of Putative Expert and Affidavit of Jay R. McDaniel, Esq.

3. I forwarded one copy of the aforementioned papers by New Jersey Lawyers Service, a courier service, to:

> Ronald W. Meister, Esq.
> Cowan, Liebowitz & Latman, P.C.
> 1133 Avenue of the Americas
> New York, NY 10036-6799
> *via ECF and New Jersey Lawyers Service*

## CERTIFICATION

I certify that the foregoing statements made by me are true to the best of my knowledge.

I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED: February 16, 2011                          THE MCDANIEL LAW FIRM, P.C.


By:  *Bonnie C. Park* (signature)
Bonnie C. Park, Esq.
*Attorneys for Defendants S&H Rugs, Inc. and Ori Wilbush*