# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

**Ronald W. Meister**
Direct (212) 790-9255
rwm@cll.com

February 17, 2011

**Filed Electronically**

Hon. William T. Walsh
Clerk of the Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    Renaissance Carpet and Tapestries, Inc. v. S&H Rugs, Inc. et ano.
             Civil Action No.09-632 (SRC) (MAS)

Dear Mr. Walsh:

    We represent the plaintiff in this matter, and are submitting herewith a motion for sanctions for spoliation of evidence. We have been instructed by Magistrate Judge Shipp that the motion should be referred to him.

                                Respectfully submitted,

                                Ronald W. Meister
                                Attorney for Plaintiff

cc:    Jay R. McDaniel, Esq.
        Attorney for Defendants (via ECF)

28616/002/1223065.1