COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
Clarence J. Erickson (cje@cll.com)
Ronald W. Meister (rwm@cll.com)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x

RENAISSANCE CARPET AND TAPESTRIES, INC., :

         Plaintiff,

    -against-

S&H RUGS, INC. and ORI WILBUSH,

         Defendants.

-----------------------------------------------------------------x

No. 09-CV-00632-SRC-MAS

CERTIFICATE OF SERVICE

I certify that on February 17, 2011, I

(1) caused to be electronically filed a Notice of Motion, Memorandum of Law and Affidavit of Ronald W. Meister with accompanying Exhibits in Support of Defendant's Motion For Sanctions For Spoliation of Evidence, with a return date of March 21, 2011, or a date to be determined by the Court; and

(2) forwarded one copy of the aforementioned papers by United States Mail, First Class, addressed to:

    The McDaniel Law Firm, P.C.
    54 Main Street
    Hackensack, NJ 07601
    Attn: Jay R. McDaniel, Esq.

                  _/s/ Thomas Kjellberg_
                  Thomas Kjellberg
                  Attorney for Plaintiff