**THE MCDANIEL LAW FIRM, P.C.**
54 Main Street
Hackensack, New Jersey 07601
201-845-3232
201-845-3777 (Facsimile)
*Attorneys for Defendants S&H Rugs, Inc.*
*and Ori Wilbush*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENAISSANCE CARPET & TAPESTRIES, INC., <br><br>  Plaintiff, <br><br> v. <br><br> S&H RUGS, INC. AND ORI WILBUSH, <br><br>  Defendants. | No. 09-CV-00632-SRC-MAS <br><br> **NOTICE OF MOTION FOR LEAVE TO SUPPLEMENT THE EXPERT REPORT OF DR. DAVID CASTRIOTA** |

TO:  Ronald W. Meister, Esq.
  **COWAN, LIEBOWITZ & LATMAN, P.C.**
  1133 Avenue of the Americas
  New York, New York 10036

PLEASE TAKE NOTICE that the Defendant, S&H Rugs, Inc. and Ori Wilbush, will move before this Court on April 18, 2011 at 9:00 A.M., or as soon thereafter as counsel may be heard, for an Order permitting Defendants to supplement the expert report of Dr. David Castriota.

TAKE FURTHER NOTICE that in support thereof Plaintiff shall rely on the within Declaration of Jay R. McDaniel, Esq.

TAKE FURTHER NOTICE that oral argument is requested only if opposition is filed.

DATED: March 17, 2011

                                                      **THE MCDANIEL LAW FIRM, P.C.**

                                                   By: _____
                                                       Jay R. McDaniel, Esq.
                                                       *Attorneys for Defendants S&H Rugs,*
                                                       *Inc. and Ori Wilbush*