**THE MCDANIEL LAW FIRM, P.C.**
54 Main Street
Hackensack, New Jersey 07601
201-845-3232
201-845-3777 (Facsimile)
*Attorneys for Defendants S&H Rugs, Inc.*
*and Ori Wilbush*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENAISSANCE CARPET & TAPESTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> S&H RUGS, INC. AND ORI WILBUSH, <br><br> Defendants. | No. 09-CV-00632-SRC-MAS <br><br><br> ORDER |

**THIS MATTER** having been brought before the Court upon application of The McDaniel Law Firm, P.C., Jay R. McDaniel, Esq. appearing for Defendants S&H Rugs, Inc. and Ori Wilbush, seeking leave to supplement the expert report of Dr. David Castriota, and notice having been provided to Cowan, Liebowitz & Latman, PC, Ronald W. Meister, Esq. appearing for Plaintiff Renaissance Carpet & Tapestries, Inc. and the Court having considered the supporting papers filed and good cause having been shown;

It is on this       day of                     , 2011

**ORDERED** that Defendants are hereby granted leave to supplement the expert report of Dr. David Catriota;

**IT IS FURTHER ORDERED** that Defendants shall serve the supplement of the expert report on Plaintiff within seven (7) days of the date of entry of this Order.

1

DATED:

_____
Hon. Stanley R. Chesler, U.S.D.J.