**THE MCDANIEL LAW FIRM, P.C.**
54 Main Street
Hackensack, New Jersey 07601
201-845-3232
201-845-3777 (Facsimile)
*Attorneys for Defendants S&H Rugs, Inc.*
*and Ori Wilbush*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENAISSANCE CARPET AND TAPESTRIES, INC.,<br><br>                     Plaintiff,<br><br>    v.<br><br>S&H RUGS, INC. and ORI WILBUSH,<br><br>                  Defendants. | **No. 09-CV-00632-SRC-MAS**<br><br><br><br>**CERTIFICATE OF SERVICE** |

BONNIE C. PARK, ESQ., of due age, certifies as follows:

1.      I am not a party to the above action.

2.      On this date, I caused to be electronically filed the within Notice of Motion for Leave to Supplement the Expert Report of Dr. David Castriota, Legal Brief, Declaration of Jay R. McDaniel, Esq. and Proposed Form of Order.

3.      I also caused courtesy hard copies of the Declaration of Jay R. McDaniel, Esq. to be served to the Court and all counsel of record due to the large file size of the exhibits.

4.      I caused these documents to be uploaded and have no reason to believe any counsel of record was not served.  These papers were served to:

> Ronald W. Meister, Esq.
> Cowan, Liebowitz & Latman, P.C.
> 1133 Avenue of the Americas
> New York, NY 10036-6799

**CERTIFICATION**

I certify that the foregoing statements made by me are true to the best of my knowledge.

I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED: March 17, 2011                **THE MCDANIEL LAW FIRM, P.C.**

By: _Bonnie C. Park_

Bonnie C. Park, Esq.
*Attorneys for Defendants S&H Rugs, Inc. and*
*Ori Wilbush*