UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**NEWARK**                                                                 **March 22, 2010**
**Judge Chesler**
**COURT REPORTER: KASHMER**                Docket <u>**09-632**</u>

## TITLE OF CASE
RENAISSANCE CARPET and TAPESTRIES, INC.

V.

S&H RUGS, INC.

**<u>APPEARANCE:</u>**
Ronald W. Meister, Esq., & Thomas Kjellberg, Esq.,
Jay R. McDaniel, Esq., and Bonnie Park, Esq.,

**<u>NATURE OF PROCEEDINGS:</u>**
Hearing on motion for leave to supplement the Expert Report of Dr. David Castriota (92)
Ordered motion granted. OTBS

Hearing on motion to preclude testimony of Peter Castriota (70)
Ordered Daubert Hearing set for 3/29/2011 at 11:00 a.m.

Hearing on motion for leave to appear pro hac vice-Thomas Kjellberg (91)
Ordered motion granted. OTBS

Status Conference
Ordered Settlement Conference with clients set for 3/29/2011 at 2:00 p.m.

12:25 p.m. to 2:00 p.m. 1.35

**s/Theresa C. Trivino, Senior Coutroom Deputy/Court Specialist**