# THE MCDANIEL LAW FIRM, PC

54 MAIN STREET
HACKENSACK, NJ 07601
(201) 845-3232
(201) 845-3777 FAX

WWW.MCDLAWPC.COM

EMPIRE STATE BUILDING
350 FIFTH AVENUE, 59TH FLOOR
NEW YORK, NY 10118
(212) 514-8080
(212) 514-8282 FAX

JAY R. MCDANIEL
ADMITTED IN NJ & NY
JRMCDANIEL@MCDLAWPC.COM

PLEASE REPLY TO
NEW JERSEY OFFICE

March 22, 2011

**VIA ECF**

Hon. Stanley R. Chesler, U.S.D.J.
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE: Renaissance Carpet and Tapestries, Inc. v. S&H Rugs, Inc. et al.
Civil Action No. 09-CV-00632 (SRC-MAS)

Dear Judge Chesler:

We represent Defendants S&H Rugs, Inc. and Ori Wilbush in the above-referenced matter. We have spoken with Dr. David Castriota regarding his availability to participate in the evidentiary hearing scheduled for March 29, 2011. In addition to teaching classes that day, Dr. Castriota is scheduled to attend several faculty meetings.

We respectfully request that the hearing be rescheduled for either Thursday, March 24, 2011 or Friday, March 25, 2011 if the Court is able to accommodate this change. Mr. Meister has informed us that he is available these dates. However, he is unaware at this point of his client's availability to attend the settlement conference if it is schedule the same day. We are still available to conduct the settlement conference on March 29, 2011.

Thank you for your attention to this matter.

Very Truly Yours,

**Jay R. McDaniel**

CC: Ronald W. Meister, Esq. (*via ECF*)
Ori Wilbush (*via email*)