UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------- x

RENAISSANCE CARPET AND TAPESTRIES, INC., :

               Plaintiff, : No. 09-CV-00632-SRC-MAS

         -against-

S&H RUGS, INC. and ORI WILBUSH, : **ORDER FOR ADMISSION OF THOMAS KJELLBERG** *PRO HAC VICE*

               Defendants. :

-------------------------------------------------------------------- x

THIS MATTER having been opened to the Court on the application of Clarence J. Erickson, a New Jersey attorney for Plaintiff, for the entry of an Order, pursuant to Local Rule 101.1(c), granting the admission *pro hac vice* of Thomas Kjellberg on behalf of the Plaintiff in this action; and the Court having considered the supporting certification of Clarence J. Erickson submitted herewith; and good cause having been shown:

IT IS on this 22nd day of March, 2011

ORDERED that:

1. Thomas Kjellberg, of the law firm Cowan, Liebowitz & Latman, P.C., be and hereby is admitted *pro hac vice* as co-counsel for Plaintiff in this action.

2. In accordance with Local Rule 101.1(c)(4), Thomas Kjellberg shall be deemed to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course or in the preparation of these proceedings.

3. In accordance with Local Rule 101.1(c)(2), Thomas Kjellberg shall make the required payment to the New Jersey Lawyers Fund for Client Protection, as provided by Rule 1:28-2(a) of the New Jersey Court Rules, and shall make such payment for any year in which they continue to represent the defendant in this action.

28616/002/1143121.1

4.  All pleadings, brief and other papers filed with this Court shall be signed by a representative of the firm of Cowan, Liebowitz & Latman, P.C. who is admitted to this Court, which firm shall be responsible for the conduct of this matter.

28616/002/1143121.1