UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RENAISSANCE CARPET AND
TAPESTRIES, INC., : Civil Action No. 09-632 (SRC)
:
Plaintiff, : **ORDER**
:
v. :
:
MAVERICK FUNDING CORP, et al, :
:
Defendants. :

**CHESLER**, District Judge

This matter comes before the Court upon the motion to exclude expert testimony filed by Plaintiff [docket entry no. 70]; and the Court having heard oral argument on the motion on March 22, 2011; and the Court having considered the parties' briefing and arguments; and for the reasons expressed at oral argument; and good cause shown,

**IT IS** on this 23rd day of March, 2011,

**ORDERED** that decision on the motion to exclude expert testimony [docket entry no. 70] be and hereby is **RESERVED**; and it is further

**ORDERED** that the motion for leave to supplement the expert report [docket entry no. 92] be and hereby is **GRANTED**; and it is further

**ORDERED** that Defendants shall serve the supplement of the expert report on Plaintiff within five days of the date of entry of this Order; and it is further

**ORDERED** that all parties shall appear for a FRE 104 hearing on April 15, 2011 at 10:00 am; and it is further

**ORDERED** that all parties, including the insurance company, with full settlement authority shall appear on March 29, 2011 at 2:00 pm.


                           s/ Stanley R. Chesler
                           STANLEY R. CHESLER
                           United States District Judge