# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

**Ronald W. Meister**
Direct (212) 790-9255
rwm@cll.com

March 23, 2011

**Filed Electronically**

Hon. Michael A. Shipp, U.S.M.J.
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re: <u>Renaissance Carpet and Tapestries, Inc. v. S&H Rugs et ano.</u>
          <u>Civil Action No. 09 -CV- 00632 (SRC-MAS)</u>

Dear Judge Shipp:

     At an appearance yesterday afternoon in the above-entitled matter for argument on plaintiff's motion to preclude the testimony of defendants' expert, and in subsequent communications, Judge Chesler has set dates for an evidentiary hearing and a settlement conference, and directed the parties to reschedule the remaining briefing on plaintiff's motion for spoliation sanctions. The parties thereafter agreed that defendants' papers in opposition to that motion will be due on March 31, and plaintiff's reply will be due on April 14, a schedule that extends the total briefing schedule by ten days. We hope that schedule meets with Your Honor's approval.

                                 Very respectfully,

                                   Ronald W. Meister
                                   Attorney for Plaintiff

                                 /s/ *Jay R. McDaniel*

                                 Jay R. McDaniel
                                 Attorney for Defendants

cc:    Courtesy copy to court (via fax 973-645-4412)
        Jay R. McDaniel (via fax 201-845-3777)

1230401.1