# THE MCDANIEL LAW FIRM, PC

54 MAIN STREET
HACKENSACK, NJ 07601
(201) 845-3232
(201) 845-3777 FAX

WWW.MCDLAWPC.COM

EMPIRE STATE BUILDING
350 FIFTH AVENUE, 59TH FLOOR
NEW YORK, NY 10118
(212) 514-8080
(212) 514-8282 FAX

JAY R. MCDANIEL
ADMITTED IN NJ & NY
JRMCDANIEL@MCDLAWPC.COM

PLEASE REPLY TO
NEW JERSEY OFFICE

March 24, 2011

**VIA ECF**

Hon. Stanley R. Chesler, U.S.D.J.
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE:     Renaissance Carpet and Tapestries, Inc. v. S&H Rugs, Inc. et al.
        Civil Action No. 09-CV-00632 (SRC-MAS)

Dear Judge Chesler:

We represent Defendants S&H Rugs, Inc. and Ori Wilbush in the above-referenced matter.  We have spoken with the insurance adjuster responsible for this case regarding the settlement conference scheduled on March 29, 2011.  To maximize the prospect of settlement, the adjuster has requested that the settlement conference immediately follow the Daubert hearing scheduled for April 15, 2011.

We respectfully request that the settlement conference be rescheduled to immediately follow the Daubert hearing, if the Court is able to accommodate this change.  If this change is unacceptable to the Court, we are prepared to conduct the settlement conference with both our client and the insurance adjuster.

Thank you for your attention to this matter.

Very Truly Yours,

**Jay R. McDaniel**

CC:     Ronald W. Meister, Esq. (*via ECF*)
        Ori Wilbush (*via email*)