
**COWAN
LIEBOWITZ
LATMAN**

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Ronald W. Meister**
(212) 790-9255
rwm@cll.com

March 24, 2011

<u>Via ECF</u>

Hon. Stanley R. Chesler, U.S.D.J.
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:   Renaissance Carpet and Tapestries, Inc. v. S&H Rugs et ano.
            Civil Action No. 09 -CV- 00632 (SRC-MAS)

Dear Judge Chesler:

       This firm represents plaintiff in the above-entitled matter, which Your Honor has scheduled for a settlement conference next Tuesday, March 29. I have just received defendants' request to adjourn the conference to April 15, following the Court's evidentiary hearing on plaintiff's *Daubert* motion. Not only did defendants make no prior request of this firm regarding an adjournment, but only yesterday, defendants' counsel relied on the possibility of making progress in next Tuesday's conference as a reason for adjourning the briefing schedule on plaintiff's motion for spoliation sanctions, saying, "We ask that we keep the modified briefing schedule with our opposition being due on March 31st in light of the settlement conference on March 29th that may obviate the need for this filing."

       Not only am I concerned about defendants' about-face immediately after obtaining more time for its brief, but I do not see the logic of adjourning the settlement conference. All that will occur in the time between March 29 and April 15 is the expenditure of additional attorney's fees on briefing and hearing preparation, which we do not believe justifies an adjournment of the settlement conference.

                                             Very respectfully,

                                             Ronald W. Meister

cc: Hon. Stanley Chesler (courtesy copy by fax)
     Jay R. McDaniel, Esq.  (via ECF)

1230752.1