# THE MCDANIEL LAW FIRM, PC

54 MAIN STREET
HACKENSACK, NJ 07601
(201) 845-3232
(201) 845-3777 FAX

WWW.MCDLAWPC.COM

EMPIRE STATE BUILDING
350 FIFTH AVENUE, 59TH FLOOR
NEW YORK, NY 10118
(212) 514-8080
(212) 514-8282 FAX

JAY R. MCDANIEL
ADMITTED IN NJ & NY
JRMCDANIEL@MCDLAWPC.COM

PLEASE REPLY TO
NEW JERSEY OFFICE

March 24, 2011

**VIA ECF**

Hon. Stanley R. Chesler, U.S.D.J.
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> RE:   Renaissance Carpet and Tapestries, Inc. v. S&H Rugs, Inc. et al.
>         Civil Action No. 09-CV-00632 (SRC-MAS)

Dear Judge Chesler:

We represent Defendants S&H Rugs, Inc. and Ori Wilbush in the above-referenced matter. We received Mr. Meister's letter of March 24, 2011. We made this scheduling request at the direct request of the insurance adjuster. We take exception to the rest of counsel's letter. If you require an additional response from our office, please advise.

Thank you for your attention to this matter.

Very Truly Yours,

**Jay R. McDaniel**

CC:   Ronald W. Meister, Esq. (*via ECF*)
        Ori Wilbush (*via email*)