**THE MCDANIEL LAW FIRM, P.C.**
54 Main Street
Hackensack, New Jersey 07601
201-845-3232
201-845-3777 (Facsimile)
*Attorneys for Defendants S&H Rugs, Inc.*
*and Ori Wilbush*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENAISSANCE CARPET AND TAPESTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> S&H RUGS, INC. and ORI WILBUSH, <br><br> Defendants. | No. 09-CV-00632-SRC-MAS <br><br><br> **CERTIFICATE OF SERVICE** |

BONNIE C. PARK, ESQ., of due age, certifies as follows:

    1.    I am not a party to the above action.

    2.    On this date, I caused to be electronically filed the within Legal Brief in Opposition to Renaissance's Motion for Sanctions for Spoliation of Evidence, Declaration of Jay R. McDaniel, Esq. and Declaration of Ori Wilbush.

    3.    I caused these documents to be uploaded and have no reason to believe any counsel of record was not served.  These papers were served to:

    Ronald W. Meister, Esq.
    Cowan, Liebowitz & Latman, P.C.
    1133 Avenue of the Americas
    New York, NY 10036-6799

## CERTIFICATION

I certify that the foregoing statements made by me are true to the best of my knowledge.

I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED: March 31, 2011                    THE MCDANIEL LAW FIRM, P.C.


By: *Bonnie C. Park* (signature)
Bonnie C. Park, Esq.
*Attorneys for Defendants S&H Rugs, Inc. and Ori Wilbush*