UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**NEWARK**  April 28, 2011
**Judge Chesler**
**COURT REPORTER:**  Docket  **09-632**

## TITLE OF CASE
RENAISSANCE CARPET AND TAPESTRIES, INC

v.

S&H RUGS, INC.

**APPEARANCE:**

Same

**NATURE OF PROCEEDINGS:**

**Status Conference-** ORDERED ALL PARTIES-- CLIENTS AND ATTORNEYS TO BE HERE INCLUDING ADJUSTER. NO ADJOURNMENTS-MANDATORY

**1:30 p.m. to** 3:00 p.m. 1.5

s/Theresa C. Trivino, Senior Coutroom Deputy/Court Specialist