# THE MCDANIEL LAW FIRM, PC

| | | |
|---|---|---|
| 54 MAIN STREET<br>HACKENSACK, NJ 07601<br>(201) 845-3232<br>(201) 845-3777 FAX | WWW.MCDLAWPC.COM | EMPIRE STATE BUILDING<br>350 FIFTH AVENUE, 59TH FLOOR<br>NEW YORK, NY 10118<br>(212) 514-8080<br>(212) 514-8282 FAX |

JAY R. MCDANIEL
ADMITTED IN NJ & NY
JRMCDANIEL@MCDLAWPC.COM

PLEASE REPLY TO
NEW JERSEY OFFICE

May 9, 2011

**VIA ECF**

Hon. Michael A. Shipp, U.S.M.J.
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    RE:    Renaissance Carpet and Tapestries, Inc. v. S&H Rugs, Inc. et al.
             Civil Action No. 09-CV-00632 (SRC-MAS)

Dear Judge Shipp:

    We represent Defendants S&H Rugs, Inc. and Ori Wilbush in the above-referenced matter. Currently pending before this Court is Plaintiff's Motion for Sanctions for Spoliation of Evidence.

    In reviewing our memo this week, I realized that we neglected to include a citation to Fed. R. Civ. P. 37(e) in our opposition brief to this motion. This rule states that "[a]bsent exceptional circumstances, a court may not impose sanctions under these rules on a party for failing to provide electronically stored information lost as a result of the routine, good-faith operation of an electronic information system." As more fully argued in our brief, any loss of electronic information was the result of the good faith operation of the Defendants' systems.

    While I am certain that the Court is aware of Fed. R. Civ. P. 37(e), I nonetheless thought that we should correct this oversight. Thank you for your attention to this matter.

Hon. Michael A. Shipp, U.S.M.J.
May 9, 2011
Page 2

                        Respectfully submitted,

                        **Jay R. McDaniel**

cc:    Ronald W. Meister, Esq. (*via ECF and email*)
        Ori Wilbush (*via email*)